IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,: <br> FOSTON MANAGEMENT, LTD, and <br> OMNI TRUSTHOUSE, LTD, <br> : <br> Plaintiffs, : <br> : <br> v.    : <br> : <br> NEW START GROUP CORP., VENITOM CORP.,: <br> PAN-AMERICAN CORP., MDM BANK, : <br> URAL-GORNO METALURAGICAL COMPANY,: <br> MIKHAIL CHERNOI, OLEG DERIPASKA, : <br> ARNOLD KISLIN, MIKHAIL NEKRICH, and : <br> ISKANDER MAKMUDOV, <br> : <br> Defendants. : | No. 04-1483 |

## NOTICE OF SERVICE

TO:   Cathy L. Reese, Esquire                         Charles M. Oberly, III, Esquire
      Paul D. Brown, Esquire                          Karen V. Sullivan, Esquire
      Greenberg Traurig, LLP                          Oberly, Jennings & Rhodunda, P.A.
      1000 West Street, Suite 1540                    800 Delaware Avenue, Suite 901
      Wilmington, DE 19801                            Wilmington DE 19899

      Collins J. Seitz, Jr., Esquire                  William M. Lafferty, Esquire
      Christos T. Adamopoulos, Esquire                Morris, Nichols, Arsht & Tunnell
      Connolly Bove Lodge & Hutz, LLP                 Chase Manhattan Centre, 18th Floor
      1007 North Orange Street                        1201 North Market Street
      Wilmington, DE 19899                            Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that Plaintiffs' First Set of Interrogatories and Requests for Documents Addressed Jointly to Defendants Regarding *Forum Non Conveniens* Issues were served electronically and via hand delivery on counsel listed above on March 8, 2005.

2

| OF COUNSEL: | THE BAYARD FIRM |
|---|---|
| MARKS & SOKOLOV, LLC<br>Bruce S. Marks<br>1835 Market Street - 28th Floor<br>Philadelphia, PA 19103<br>(215) 569-8901<br>(215) 569-8901 | /s/ Kurt M. Heyman<br>Kurt M. Heyman (# 3054)<br>Email: kheyman@bayardfirm.com<br>Patricia L. Enerio (# 3728)<br>Email: penerio@bayardfirm.com<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>Attorneys for Plaintiffs |

Dated: March 8, 2005