IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVIS INTERNATIONAL, LLC, HOLDEX, LLC,:
FOSTON MANAGEMENT, LTD, and
OMNI TRUSTHOUSE, LTD,                        :

                                             :

               Plaintiffs,          :

                                             :

    v.                                       :    No. 04-1483

                                             :

NEW START GROUP CORP., VENITOM CORP.,:
PAN-AMERICAN CORP., MDM BANK,                :
URAL-GORNO METALURAGICAL COMPANY,:
MIKHAIL CHERNOI, OLEG DERIPASKA,             :
ARNOLD KISLIN, MIKHAIL NEKRICH, and          :
ISKANDER MAKMUDOV,                           :

                                             :

              Defendants.          :

## **NOTICE OF SERVICE**

TO:   Cathy L. Reese, Esquire               Charles M. Oberly, III, Esquire
       Paul D. Brown, Esquire                Karen V. Sullivan, Esquire
       Greenberg Traurig, LLP                Oberly, Jennings & Rhodunda, P.A.
       1000 West Street, Suite 1540        800 Delaware Avenue, Suite 901
       Wilmington, DE 19801               Wilmington  DE  19899

       Collins J. Seitz, Jr., Esquire          William M. Lafferty, Esquire
       Christos T. Adamopoulos, Esquire    Morris, Nichols, Arsht & Tunnell
       Connolly Bove Lodge & Hutz, LLP    Chase Manhattan Centre, 18th Floor
       1007 North Orange Street           1201 North Market Street
       Wilmington, DE 19899               Wilmington, DE 19899-1347

     PLEASE TAKE NOTICE that Plaintiffs' Rule 26(a)(1) Initial Disclosures were served

electronically and via hand delivery on counsel listed above on March 8, 2005.

OF COUNSEL:

MARKS & SOKOLOV, LLC
Bruce S. Marks
1835 Market Street - 28th Floor
Philadelphia, PA  19103
(215) 569-8901
(215) 569-8901

THE BAYARD FIRM

Kurt M. Heyman (# 3054)
Email:  kheyman@bayardfirm.com
Patricia L. Enerio (# 3728)
Email:  penerio@bayardfirm.com
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
Attorneys for Plaintiffs

Dated:  March 8, 2005