

**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

September 24, 2008

**Via E-Filing**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   **Davis International LLC, et al. v. New Start Group Corp., et al.**
      C.A. Nos. 04-1482 & 04-1483 (GMS)

Dear Judge Sleet:

Pursuant to the Court's direction, I submit the following agenda for the discovery teleconference scheduled for Friday, September 26, 2008 at 11:30 a.m.

**Issues of Plaintiffs:**

1.   Status of the proceeding.

2.   Whether the Court should permit discovery and order defendant Mikhail Chernoi to produce the filings, including affidavits and legal expert reports submitted by Chernoi and defendant Oleg Deripaska, in the *Cherney v. Deripaska* English litigation to support Plaintiffs' proposed supplemental brief in opposition to the anti-suit motion?

3.   Whether the Court should permit additional limited discovery to support Plaintiffs' anticipated Fed. R. Civ. P. 60 motion to set aside the decision granting the *forum non conveniens* motion based on estoppel?

**Issues of Defendants:**

1.   Status of this matter, which, after the Third Circuit ruled that this Court has jurisdiction to enjoin Plaintiffs, was remanded to this Court by mandate to determine whether Plaintiffs should be enjoined from pursuing further litigation against these Defendants due to, among other things, Plaintiffs' evasion of the removal statute.

The Hon. Gregory M. Sleet
September 24, 2008
2

       2.    Whether the English decision in *Cherney v. Deripaska*[1] bears relevance to the pending injunction motion or any anticipated motion so as to warrant discovery.

Respectfully,

David L. Finger
(DE Bar ID #2556)

cc:    Clerk of the Court (via CM/ECF)
       Kevin F. Brady, Esq. (via CM/ECF)
       Richard I.G. Jones, Esq. (via CM/ECF)
       William M. Lafferty, Esq. (via CM/ECF)
       Charles M. Oberly, III, Esq. (via CM/ECF)

---

[1] Defendants contest Plaintiffs' characterization of the English decision in Cherney v. Deripaska contained in footnote 1, but Defendants consider it inappropriate to include a discussion of this decision in this letter, the purpose of which is to set forth an agenda regarding for the September 26 conference call in compliance with this Court's request.