EFiled: Jan 29 2009 4:44PM EST
Transaction ID 23533730
Case No. 1297-VCL

COURT OF CHANCERY
OF THE
STATE OF DELAWARE

| | |
|---|---|
| STEPHEN P. LAMB<br>VICE CHANCELLOR | New Castle County Court House<br>500 N. King Street, Suite 11400<br>Wilmington, Delaware 19801 |

January 29, 2009

David L. Finger, Esquire
Finger & Slanina, LLC
1201 Orange Street, Suite 725
Wilmington, DE 19801

Charles M. Oberly, III, Esquire
Karen V. Sullivan, Esquire
WolfBlock
1100 N. Market Street
Wilmington, DE 19801

Richard I. G. Jones, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

William M. Lafferty, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Collins J. Seitz, Jr., Esquire
Kevin F. Brady, Esquire
Connolly, Bove, Lodge & Hutz
1007 N. Orange Street
Wilmington, DE 19899

  RE: *Davis International, LLC, et al. v. New Start Group Corp., et al.*
     *C.A. No. 1297-VCL*

Dear Counsel:

  Please provide the court with a report on the status of this case by February 12, 2009. Thank you.

            Very truly yours,

            /s/ Cathy James
            Assistant to Vice Chancellor Lamb